UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. LAVINE, <br><br>        Plaintiff, <br><br> v. <br><br> MASS GENERAL BRIGHAM INCORPORATED, NORTH SHORE MEDICAL CENTER, INC., <br><br>        Defendants. | Case No. 1:23-cv-10987-PBS |

## DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

Defendants, Mass General Brigham Incorporated ("MGB") and North Shore Medical Center, Inc., by and through their attorneys, Seyfarth Shaw LLP, hereby certify that Defendants and their counsel have conferred:

(A)     With a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(B)     To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_Vanessa D. Gilbreth_
Mass General Brigham Inc. and
North Shore Medical Center, Inc.
By: Vanessa D. Gilbreth
    Senior Legal Counsel

Date: 6/22/2023

/s/ Michael E. Steinberg
Michael E. Steinberg
Seyfarth Shaw LLP

Attorneys for Defendants

Date: June 22, 2023

96033269v.1

DEFENDANTS
MASS GENERAL BRIGHAM
INCORPORATED AND NORTH SHORE
MEDICAL CENTER, INC.

By their Attorneys,

By: */s/ Michael E. Steinberg*
    Kristin G. McGurn (BBO# 559687)
    kmcgurn@seyfarth.com
    Dawn R. Solowey (BBO# 567757)
    dsolowey@seyfarth.com
    Michael E. Steinberg (BBO# 690997)
    msteinberg@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:   (617) 946-4800
    Facsimile:    (617) 946-4801

Date: June 22, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, a true copy of the foregoing document was filed through the Court's ECF system.

*/s/ Michael E. Steinberg*
Michael E. Steinberg

96033269v.1